**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Civil Action No.: 12-cv-02059-JLK

ANTONIO S. SENA,

    Plaintiff,

v.

CC COMMUNITIES COLORADO, LLC, d/b/a CENTURY COMMUNITIES,

    Defendant.

---

**FINAL JUDGMENT**

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion And Order [Docket No. 11] entered by Judge John L. Kane on September 13, 2012, incorporated herein by reference, it is

ORDERED that the Motion To Vacate Partial Arbitration Award On Plaintiff's Attorney Fee Award (Filed 8/6/12; Doc. No. 1) is DENIED. It is

FURTHER ORDERED that the Partial Arbitration Award is AFFIRMED. It is

FURTHER ORDERED that final judgment enters in favor of the defendant.

Dated at Denver, Colorado this 18th day of September, 2012.

                              FOR THE COURT:

                              JEFFREY P. COLWELL, Clerk

                              By: s/ Edward P. Butler
                              Edward Butler, Deputy Clerk